**Order entered December 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01152-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**JOHNNY FELIPE MUNOZ, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-00309-E**

## ORDER

We **GRANT** appellee's December 2, 2015 motion for an extension of time to file a brief.

Appellee shall file a brief by **FEBRUARY 15, 2015**. We caution appellee that no further

extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE